# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

TYLER MAUL,

    Plaintiff,

vs.

BEAUMONT HOSPITAL – DEARBORN,
a Michigan corporation, K-9 ACADEMY
TRAINING FACILITY, LLC, a Michigan
Limited Liability Company, JOSEPH TUCKER,
an individual, WHITNEY GUERBER, an individual,
DANIEL MACK, an individual, and
MARK WILKES, an individual,

    Defendants.

Case No. 23-11139
Hon. Mark A. Goldsmith

_____

## **APPEARANCE AND NOTICE OF APPEARANCE**

NOW COMES Charlotte Croson of CROSON, TAUB, & MICHAELS, PLLC who files her appearance on behalf of Plaintiff, TYLER MAUL, in the above-captioned matter.

    Respectfully Submitted,

    CROSON, TAUB, & MICHAELS, PLLC

    /s/ *Charlotte Croson*
    Charlotte Croson (P56589)
    Attorneys for Plaintiff
    455 E. Eisenhower Pkwy, Suite 75
    Ann Arbor, MI 48108
    ccroson@ctmlawyers.com
May 24, 2023    (734) 519-0873

## PROOF OF SERVICE

 I hereby certify that on May 24, 2023I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to all of the attorneys of record.

              */s/ Charlotte Croson*
              Charlotte Croson (P56589)