AO 440 (Rev. 06/12) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 23-11139
Hon. Mark A. Goldsmith

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* K-9 Academy Training Facility LLC was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Terrence M. Foley, who is designated by law to accept service of process on behalf of *(name of organization)* K-9 Academy Training on *(date)* May 20, 2023; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: 6-6-23

*Teresa J. Gorman*
Server's signature

Teresa J. Gorman, Atty for Plaintiff
Printed name and title

5700 Crooks Rd, Ste 200
Troy MI 48098
Server's address

Additional information regarding attempted service, etc: