AO 440 (Rev. 06/12) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 23-11139
Hon. Mark A. Goldsmith

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Daniel Mack
was received by me on *(date)* 6-6-23

☒ I personally served the summons on the individual at *(place)* 24860 HAYES, TAYLOR, MI
on *(date)* 6-7-23 @ 1031 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 35.72 for travel and $ 35 for services, for a total of $ 70.72

I declare under penalty of perjury that this information is true.

Date: 6-8-23

_____
Server's signature

ADAM KWIATKOWSKI
Printed name and title

2735 TRUWBRIDLE, HAMTRAMCK, MI
Server's address

Additional information regarding attempted service, etc: