AO 440 (Rev. 06/12) Summons in a Civil Action

## Summons and Complaint Return of Service

Case No. 23-11139
Hon. Mark A. Goldsmith

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Mark Wilkes was received by me on *(date)* 6-6-23

☒ I personally served the summons on the individual at *(place)* 24800 HAYES ST, TAYLOR, MI on *(date)* 6-12-23 @ 1109

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*: _____

My fees are $ 35.72 for travel and $ 35 for services, for a total of $ 70.72

I declare under penalty of perjury that this information is true.

Date: 6-15-23

_____
Server's signature

Adam Kwiatkowski, server
Printed name and title

2735 Trowbridge St
Hamtramck, MI
Server's address

Additional information regarding attempted service, etc: