UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TYLER MAUL,

    Plaintiff,

v.

BEAUMONT HOSPITAL – DEARBORN,
a Michigan corporation, K-9 ACADEMY
TRAINING FACILITY, LLC,
a Michigan Limited Liability Company,
JOSEPH TUCKER, an individual,
WHITNEY GUERBER, an individual,
DANIEL MACK, an individual, and
MARK WILKES, an individual,

    Defendants.

Case No, 23-CV-11139

Hon. Mark A. Goldsmith

Magistrate Judge Anthony P. Patti

_____/

**STIPULATED ORDER TO EXTEND TIME FOR DEFENDANTS
BEAUMONT HOSPITAL-DEARBORN, JOE TUCKER, AND WHITNEY
GUERBER TO RESPOND TO PLAINTIFFS' COMPLAINT**

**WHEREAS** the deadline for Defendant Beaumont Hospital – Dearborn ("Beaumont"), Joe Tucker,[1] and Whitney Guerber (collectively "Defendants") to answer or otherwise respond to Plaintiff's Complaint is currently July 31, 2023 (ECF No. 13); **AND**

---

[1] Incorrectly identified in the Complaint as "Joseph Tucker."

**WHEREAS** the parties have agreed and stipulated to an additional extension of time, in order to explore the possibility of alternative dispute resolution of this matter;

**IT IS HEREBY ORDERED** that for good cause shown, the deadline for Defendants to answer or otherwise respond to Plaintiff's Complaint is now September 1, 2023.

**IT IS SO ORDERED.**

Dated:  July 24, 2023  
     Detroit, Michigan

s/Mark A. Goldsmith  
MARK A. GOLDSMITH  
United States District Judge

The above order is stipulated as to form and content:

| TERESA J. GORMAN PLLC | KIENBAUM HARDY VIVIANO PELTON & FORREST, P.L.C. |
|---|---|
| By: /s/Teresa J. Gorman with consent    Teresa J. Gorman (P61001)  *Attorney for Plaintiff*  5700 Crooks Road, Suite 200  Troy, Michigan 48098  (248) 763-6943  terigorman@aol.com  Charlotte Croson (P56589)  CROSON, TAUB  & MICHAELS PLLC  *Attorneys for Plaintiff*  455 East Eisenhower Parkway, Suite 75  Ann Arbor, MI 48108  (734) 519-0973  ccroson@ctmlawyers.com | By: /s/Thomas J. Davis       Thomas J. Davis (P78626)     Michelle C. Ruggirello (P75202)  *Attorneys for Defendants Beaumont Hospital – Dearborn, Joe Tucker and Whitney Guerber*  280 N. Old Woodward Ave., Ste. 400  Birmingham, Michigan 48009  (248) 645-0000  tdavis @khvpf.com  mruggirello@khvpf.com |
| Dated:  July 20, 2023 | Dated:  July 20, 2023 |

2

489737