UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TYLER MAUL,

    Plaintiff,

v.

BEAUMONT HOSPITAL – DEARBORN,
a Michigan corporation, K-9 ACADEMY
TRAINING FACILITY, LLC,
a Michigan Limited Liability Company,
JOSEPH TUCKER, an individual,
WHITNEY GUERBER, an individual,
DANIEL MACK, an individual, and
MARK WILKES, an individual,

    Defendants.

Case No, 23-CV-11139

Hon. Mark A. Goldsmith

Magistrate Judge Anthony P. Patti

---

### STIPULATED ORDER OF DISMISSAL AS TO DEFENDANTS BEAUMONT HOSPITAL-DEARBORN; JOSEPH TUCKER; AND WHITNEY GUERBER

This matter having come before the Court on stipulation of the parties; and the Court being fully advised in the premises:

**IT IS HEREBY ORDERED** that Defendants Beaumont Hospital-Dearborn, Joseph Tucker and Whitney Guerber are dismissed with prejudice and without costs or attorney's fees to any party.

**IT IS SO ORDERED.**

Dated: October 31, 2023
    Detroit, Michigan

s/Mark A. Goldsmith
MARK A. GOLDSMITH
United States District Judge

The above order is stipulated as to form and content:

| | |
|---|---|
| TERESA J. GORMAN PLLC | KIENBAUM HARDY VIVIANO PELTON & FORREST, P.L.C. |
| By: /s/*Teresa J. Gorman with permission*<br>     Teresa J. Gorman (P61001)<br>*Attorney for Plaintiff*<br>5700 Crooks Road, Suite 200<br>Troy, MI 48098<br>(248) 763-6943<br>terigorman@aol.com | By: /s/*Thomas J. Davis*<br>     Thomas J. Davis (P78626)<br>     Michelle C. Ruggirello (P75202)<br>*Attorneys for Defendants*<br>*Beaumont Hospital – Dearborn,*<br>*Joe Tucker and Whitney Guerber*<br>280 N. Old Woodward Ave.<br>Suite 400<br>Birmingham, MI 48009<br>(248) 645-0000<br>tdavis@khvpf.com<br>mruggirello@khvpf.com |
| CROSON, TAUB & MICHAELS PLLC | |
| By: /s/*Charlotte Croson with permission*<br>     Charlotte Croson (P56589)<br>*Attorney for Plaintiff*<br>455 East Eisenhower Pkwy, Suite 75<br>Ann Arbor, MI 48108<br>(734) 519-0973<br>ccroson@ctmlawyers.com | |

497218