UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TYLER MAUL,

    Plaintiff,

V

BEAUMONT HOSPITAL – DEARBORN,
a Michigan corporation, K-9 ACADEMY
TRAINING FACILITY, LLC,
a Michigan Limited Liability Company,
JOSEPH TUCKER, an individual,
WHITNEY GUERBER, an individual,
DANIEL MACK, an individual, and
MARK WILKES, an individual,

    Defendants.

Case No.:  2:23-cv-11139-MAG-APP

HON. MARK A. GOLDSMITH

| | |
|---|---|
| Teresa J. Gorman (P61001) | James K. Fett (P39461) |
| Teresa J. Gorman PLLC | Fett & Fields, P.C. |
| Attorney for Plaintiff | 407 N. Main St. |
| 5700 Crooks Road, Suite 200 | Ann Arbor, MI  48104 |
| Troy, MI 48098 | 734-954-0100 |
| Tel: (248) 763-6943 | Fax: 734-954-0762 |
| Fax (248) 689-3268 | jim@fettlaw.com |
| terigorman@aol.com | Attorneys for K-9 Defendants |

Charlotte Croson (P56589)
Croson, Taub & Michaels PLLC
Attorneys for Plaintiff
455 East Eisenhower Parkway
Suite 75
Ann Arbor, MI 48108
Tel: (734) 519-0973
Fax: (734) 519-0876
ccroson@ctmlawyers.com

## K-9 DEFENDANTS' EXPERT WITNESS LIST

      The K-9 Defendants intend to use Terrence M. Foley and the individual defendants as expert witnesses on Plaintiff's inability to perform the duties of a security officer or K-9 security officer on account of his generalized anxiety and panic disorders for the reasons set forth in Mr. Foley's deposition and in the upcoming deposition of the individual defendants.

                              FETT & FIELDS, P.C.

                              /s/*James K. Fett*
                              By:  James K. Fett (P39461)
                              Attorney for Plaintiff