UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TYLER MAUL,

    Plaintiff,                                    Case No.:  2:23-cv-11139-MAG-APP

v                                              HON. MARK A. GOLDSMITH

BEAUMONT HOSPITAL – DEARBORN,
a Michigan corporation, K-9 ACADEMY
TRAINING FACILITY, LLC,
a Michigan Limited Liability Company,
JOSEPH TUCKER, an individual,
WHITNEY GUERBER, an individual,
DANIEL MACK, an individual, and
MARK WILKES, an individual,

    Defendants.

---

## **STIPULATED ORDER OF PARTIAL DISMISSAL**

This matter having come before the Court on stipulation of Plaintiff Tyler Maul and Defendants K-9 Academy Training Facility, LLC, Daniel Mack and Mark Wilkes ("Defendants") to the voluntary partial dismissal of certain claims asserted by Plaintiff in this matter against Defendants, and the Court being otherwise fully advised in the premises.

**IS HEREBY ORDERED** that Count II (Retaliation in Violation of the Americans With Disabilities Act) is dismissed as to all Defendants in its entirety, with prejudice and without attorney fees, interest or costs to any party;

**IT IS FURTHER ORDERED** that Count IV (Retaliation in Violation of the Persons With Disabilities Civil Rights Act) is dismissed as to all Defendants in its entirety, with prejudice and without attorney fees, interest or costs to any party; and

**IT IS FURTHER ORDERED** that Count I (Discrimination in Violation of the Americans With Disabilities Act) is dismissed as to Defendants Daniel Mack and Mark Wilkes only, with prejudice and without attorney fees, interest or costs to any party;

This is a not a final order and it does not close the file.

SO ORDERED.

Dated: March 8, 2024       s/Mark A. Goldsmith
    Detroit, Michigan      MARK A. GOLDSMITH
                                     United States District Judge

Stipulated and Agreed As To Form And Substance:

*s/*Teresa J. Gorman
Teresa J. Gorman (P61001)
Teresa J. Gorman PLLC
Attorneys for Plaintiff
5700 Crooks Road, Ste. 200
Troy, MI 48098
Tel: (248) 763-6943
Fax: (248) 689-3268
terigorman@aol.com

/s/Charlotte Croson
Charlotte Croson (P56589)

Croson, Taub & Michaels PLLC
Attorneys for Plaintiff
455 East Eisenhower Pkwy, Ste. 75
Ann Arbor, MI 48108
Tel: (734) 519-0973
 Fax: (734) 519-0876
ccroson@ctmlawyers.com

/s/ James K. Fett
James K. Fett (P39461
Fett & Fields, PC

407 North Main Street, 2nd Floor
Ann Arbor, MI 48104
734-954-0100
734-954-0762 (fax)
jim@fettlaw.com