**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

TYLER MAUL,

    Plaintiff,                      Case No.: 2:23-cv-11139-MAG-APP

-v-                                                    HON. MARK A. GOLDSMITH

BEAUMONT HOSPITAL – DEARBORN,
a Michigan corporation, K-9 ACADEMY
TRAINING FACILITY, LLC,
a Michigan Limited Liability Company,
JOSEPH TUCKER, an individual,
WHITNEY GUERBER, an individual,
DANIEL MACK, an individual, and
MARK WILKES, an individual,

    Defendants.

---

**INDEX OF EXHIBITS**
**TO**
**PLAINTIFF'S RESPONSE IN OPPOSITION TO**
<u>**DEFENDANTS RULE 11(c) MOTION**</u>

Exhibit 1    3/15/24 email exchange

Exhibit 2    Answer to Complaint – excerpt

Exhibit 3    2021 Year-End Performance Development Discussion

Exhibit 4    Deposition of Tyler Maul

Exhibit 5    Deposition of Terry Foley

Exhibit 6    Declaration of Tyler Maul

Exhibit 7    Transcript of 8/16/22\

1

Exhibit 8    *E.E.O.C. v Pines of Clarkston, Inc.,* 2014 WL 6612375 (E.D. Mich. 11/20/14)

Exhibit 9    Wilkes text message

Exhibit 10   Defendants' Expert Witness List

*/s/Teresa J. Gorman*
Teresa J. Gorman (P61001)
Teresa J. Gorman PLLC
Attorneys for Plaintiff
5700 Crooks Road, Ste. 200
Troy, MI 48098
Tel: (248) 763-6943
Fax: (248) 689-3268
terigorman@aol.com

/s/*Charlotte Croson*
Charlotte Croson (P56589)
Croson, Taub & Michaels PLLC
Attorneys for Plaintiff
455 East Eisenhower Pkwy, Ste. 75
Ann Arbor, MI 48108
Tel: (734) 519-0973
Fax: (734) 519-0876
ccroson@ctmlawyers.com

Dated: March 29, 2024