UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TYLER MAUL,

Plaintiff,                                    Case No, 23-CV-11139

v.                                            Hon. Susan K. DeClercq
                                              Magistrate Judge Anthony P. Patti

BEAUMONT HOSPITAL – DEARBORN,
a Michigan corporation, K-9 ACADEMY
TRAINING FACILITY, LLC,
a Michigan Limited Liability Company,
JOSEPH TUCKER, an individual,
WHITNEY GUERBER, an individual,
DANIEL MACK, an individual, and
MARK WILKES, an individual,

Defendants.

_____

**STIPULATED ORDER STRIKING**
**[ECF NO. 27, PAGE.ID 216-217], [ECF NO. 31, PAGE.ID.265-287],**
**[ECF NO. 31-1, PAGE.ID.288], [ECF NO. 31-2, PAGE.ID.289-299],**
**AND [ECF NO. 31-3, PAGE.ID.300-308]**

The parties stipulating and agreeing to an Order striking K9 Defendants'

Expert Witness List **[**ECF NO. 27, PAGE.ID 216-217],  and Defendants' Amended

Rule 11 Motion, with supporting brief and exhibits,  [ECF NO. 31, PAGE.ID.265-

287],   [ECF NO. 31-1, PAGE.ID.288], [ECF NO. 31-2, PAGE.ID.289-299], and

[ECF NO. 31-3, PAGE.ID.300-308],

IT IS HEREBY ORDERED that Defendants' Expert Witness List [ECF NO. 27, PAGE.ID 216-217], and Defendants' Amended Rule 11 Motion, with supporting brief and exhibits, [ECF NO. 31, PAGE.ID.265-287], [ECF NO. 31-1, PAGE.ID.288], [ECF NO. 31-2, PAGE.ID.289-299], and [ECF NO. 31-3, PAGE.ID.300-308], are stricken from the record.

s/ Susan K. DeClercq
Susan K. DeClercq
District Court Judge

Dated:  4/16/2024

**WE STIPULATE TO THE FOREGOING:**

/s/Teresa J. Gorman
Teresa J. Gorman (P61001)
Teresa J. Gorman PLLC
Attorneys for Plaintiff
5700 Crooks Road, Ste. 200
Troy, MI 48098
Tel: (248) 763-6943
Fax: (248) 689-3268
terigorman@aol.com

/s/ James K. Fett
James K. Fett (P39461)
Fett & Fields, PC
407 North Main Street, 2nd Floor
Ann Arbor, MI 48104
734-954-0100
734-954-0762 (fax)
jim@fettlaw.com

/s/Charlotte Croson
Charlotte Croson (P56589)
Croson, Taub & Michaels PLLC
Attorneys for Plaintiff
455 East Eisenhower Pkwy, Ste. 75
Ann Arbor, MI 48108
Tel: (734) 519-0973
Fax: (734) 519-0876
ccroson@ctmlawyers.com